IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT J. MELNICK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, et. al. | : | No. 14-CV-3083 |

AND NOW, this 30th day of July, 2014, IT IS HEREBY ORDERED that Plaintiff's Complaint (Doc. # 1) is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(1). IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

s/J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.